**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 14-6247**

———————

WALTER THOMAS GODBEY,

                    Plaintiff - Appellant,

          v.

HUBERT SIMMONS, Correctional Officer; PAUL J. MASTERSON, Detective,

                    Defendants - Appellees,

          and

FEDERAL BUREAU OF PRISONS; PRINCE WILLIAM COUNTY POLICE DEPARTMENT,

                    Defendants.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. T. S. Ellis, III, Senior District Judge. (1:11-cv-00704-TSE-TCB)

———————

Submitted: June 23, 2014          Decided: July 2, 2014

———————

Before NIEMEYER, KING, and FLOYD, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Walter Thomas Godbey, Appellant Pro Se. Robert Patrick Skoff, COUNTY ATTORNEY'S OFFICE, Prince William, Virginia, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Walter Thomas Godbey appeals the district court's orders dismissing his civil rights complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Godbey v. Simmons</u>, No. 1:11-cv-00704-TSE-TCB (E.D. Va. filed Aug. 2, 2012 & entered Aug. 3, 2012; Jan. 30, 2014). We grant Godbey's motion for the appeal to be heard on the original record and his request that we take judicial notice of the record in his previous interlocutory appeal in this same civil action. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>